IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MITSUBISHI MOTORS CREDIT OF AMERICA, INC.<br><br>    Plaintiff,<br>vs.<br><br>JOHN HUBLER, et al<br><br>    Defendants. | )<br>)<br>)<br>)<br>)  1:05-cv-1856-SEB-VSS<br>)<br>)<br>)<br>)<br>) |

**AGREED JUDGMENT**

Plaintiff Mitsubishi Motors Credit of America, Inc. ("MMCA") and defendant John Hubler have settled this matter in its entirety with respect to the claims of MMCA against John Hubler, pursuant to a settlement agreement dated September 29, 2006 (the "Settlement Agreement").

Pursuant to the Settlement Agreement, the parties agree and the Court does hereby

ORDER, ADJUDGE AND DECREE that judgment is entered in favor of Mitsubishi Motors Credit of America, Inc., and against John Hubler, severally, in the amount of One Million Five Hundred Forty Thousand Forty-Four and 80/100 Dollars ($1,540,044.80), with interest on the principal portion of the judgment amount, as set forth in the Settlement Agreement;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Mitsubishi Motors Credit of America, Inc. shall apply the proceeds, if any, from the liquidation of any collateral it holds as security for the indebtedness evidenced by this Agreed Judgment, first against attorneys' fees due Mitsubishi, then against its costs and accrued interest, with any additional proceeds against the unpaid principal amount of the Agreed Judgment; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Court retain exclusive jurisdiction over the Parties for purposes of resolving any claims with respect to the performance of the Parties' obligations under this Agreed Judgment and the Settlement Agreement.

Dated:  10/06/2006

*[signature]*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana